**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| ALLAN LESLIE SINANAN JR., | : | Nos. 7 & 8 MM 2023 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| SUPERIOR COURT OF PENNSYLVANIA, | : | |
| JUDGES: HON. JUDITH F. OLSON, HON. | : | |
| MEGAN KING, AND HON. DANIEL D. | : | |
| MCCAFFERY, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 4th day of April, 2023, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED. The Prothonotary is DIRECTED to strike the names of the jurists from the caption.